JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE,
JOHNSON & EBERHARDY, CHTD.                E-filed: 1/20/09
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorney for Creditor/Movant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| VINCENT L LEAVITT and | ) | |
| KATHRYN A LEAVITT | ) | |
| | ) | BK-S-08-22139-MKN |
| | ) | |
| Debtors. | ) | Date:   February 18, 2009 |
| | ) | Time:   1:30 p.m. |

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

TO:  DEBTOR(S):  VINCENT L LEAVITT and KATHRYN A LEAVITT

TO:  ATTORNEY FOR DEBTOR(S):  TERRY L. HUTCHINSON, ESQ.

TO:  TRUSTEE: TIMOTHY S. CORY

TO:  ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a **MOTION FOR RELIEF FROM STAY** was filed

on the 20th day of January, 2009, by Jeffrey G. Sloane, of the law firm of Kravitz, Schnitzer,

Sloane, Johnson & Eberhardy, Chtd., on behalf of Creditor/Movant WELLS FARGO BANK, N.A.

The Motion seeks relief from stay on real property in which the Debtors herein maintain

an interest.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006.  If the hearing has been set on less than fifteen 915) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that confirm to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS  FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Court Room 2, Las Vegas, Nevada, on **February 18, 2009**, at the hour of **1:30 p.m.**.

NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from time to time without further notice.

DATED this 20th day of January 20, 2009.

KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY, CHTD.

BY  /s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Creditor